UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DWIGHT WOODS                                         CIVIL ACTION

VERSUS                                               NO: 09-6870

GLEN BOOTY, WARDEN                                   SECTION: R(6)

**ORDER**

Before the Court are Dwight Woods' Petition for a Writ of Habeas Corpus[1] the Magistrate Judge's Report and Recommendation that the petition be dismissed with prejudice.[2]  The Court, having reviewed *de novo* the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that neither party has objected to the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Furthermore, Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant.  Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue."  RULES GOVERNING SECTION 2254 PROCEEDINGS, Rule 11(a).  A court may issue a certificate of appealability only if the petitioner makes "a substantial showing of the denial

---

[1] R. Doc. 3.

[2] R. Doc. 11.

of a constitutional right." 28 U.S.C. § 2253(c)(2); RULES GOVERNING SECTION 2254 PROCEEDINGS, Rule 11(a) (noting that § 2253(c)(2) supplies the controlling standard). In *Miller-El v. Cockrell*, the Supreme Court held that the "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" 537 U.S. 322, 336 (2003).

The Court finds that the petitioner has not made a substantial showing of the denial of a constitutional right. Contrary to the petitioner's claim, the evidence was clearly sufficient to convict him of first-degree robbery, and that issue could not engender debate among reasonable jurists.

Accordingly,

Dwight Woods' petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE. The Court will not issue a certificate of appealability.

New Orleans, Louisiana, this ___15th___ day of December, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE